Case 2:22-cr-20519-LJM-APP   ECF No. 38, PageID.61   Filed 11/07/22   Page 1 of 2



<div style="text-align:center">

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

</div>

FILED
NOV 07 2022
CLERK'S OFFICE
U.S. DISTRICT COURT

United States of America,

            Plaintiff,            Criminal No. 22-cr-20519

v.

                                  Honorable Paul D. Borman

D-2 Karamoh Turner,

            Defendant.

_____/

<div style="text-align:center">

Defendant's Acknowledgment of Indictment

</div>

    I, Karamoh Turner, defendant in the above-entitled cause, hereby acknowledge that I have received a copy of the Indictment in this cause prior to pleading to it, and I have read it and understand its contents.

    I know that if I am convicted or plead guilty, I may be sentenced as follows:

**Count One: Kidnapping (conspiracy):** Up to life imprisonment; not more than 5 years of supervised release; and a $250,000 fine.

**Count Two: Kidnapping (aiding and abetting):** Up to life imprisonment; not more than 5 years of supervised release; and a $250,000 fine.

<div style="text-align:right">

_____
Karamoh Turner
Defendant

</div>

Date: November 7, 2022

1

2

## Acknowledgment of Defense Counsel

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection, which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

_____
Robert F. Kinney (III)
Counsel for Defendant

Dated: November 7, 2022