UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

              Plaintiff,          Criminal No. 22-cr-20519

v.

                                 Honorable Laurie J. Michelson

D-2 Karamoh Turner,

              Defendant.

_____/

### Defendant's Acknowledgment of First Superseding Indictment

I, Karamoh Turner, defendant in the above-entitled cause, hereby acknowledge that I have received a copy of the First Superseding Indictment in this cause prior to pleading to it, and I have read it and understand its contents.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

**Count One: Kidnapping (conspiracy):** Up to life imprisonment; not more than 5 years of supervised release; and a $250,000 fine.

**Count Two: Kidnapping (aiding and abetting):** Up to life imprisonment; not more than 5 years of supervised release; and a $250,000 fine.

Karamoh Turner
Defendant

Date: June 23, 2023

1

## Acknowledgment of Defense Counsel

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection, which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

Henry M. Scharg
Counsel for Defendant

Dated: June 23, 2023