UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KARAMOH TURNER,

    Defendant.

Case No. 22-cr-20519

Hon. Laurie J. Michelson
United States District Judge

## VERDICT FORM

### COUNT ONE

As to Count One of the Indictment, Kidnapping Conspiracy, we, the jury, by unanimous verdict, find the defendant, KARAMOH TURNER:

    __X__ Not Guilty
    _____ Guilty

### COUNT TWO

As to Count Two of the Indictment, Kidnapping, aiding and abetting, we, the jury, by unanimous verdict, find the defendant, KARAMOH TURNER:

    __X__ Not Guilty
    _____ Guilty

s/Foreperson
In Compliance with the Privacy Policy adopted by the Judicial Conference, the verdict form with the original signature has been filed under seal

DATE: 8-12-24